UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
-----------------------------------------------------------------X

DANA NESSEL, Attorney General        No. 1:23-cv-12209-TLL-PTM

                       Plaintiff,                    **WAIVER OF SERVICE**

  - against -

WALKER/MCCALL, LLC

                       Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF SUFFOLK  )

    Russell McCall being duly sworn, deposes and says:

    I am the managing member of Walker/McCall, LLC the defendant named in this action. In this capacity, I hereby waive service upon Walker/McCall, LLC of the SUMMONS & COMPLAINT dated May 2, 2023.

                                            _____
                                                  Russell C. McCall

Sworn to before me this
24 day of July, 2023.

_____
Notary Public

ERIC JONATHAN BRESSLER
Notary Public, State of New York
No. 02BR4622371
Qualified in Suffolk County
Commission Expires May 31, 2027